meritorious cause of action (*see, Baczkowski v Collins Constr. Co.,* 89 NY2d 499). Plaintiff did neither. Plaintiff's virtual inaction since 1991 when the action was commenced was unexplained. Plaintiff's attempt to blame the entire delay upon the failure of counsel for defendants to provide plaintiff with the medical records of plaintiff's decedent is not reasonable in light of plaintiff's failure to demand production of records or to move to compel their production. Moreover, the affidavit of plaintiff's attorney is patently insufficient to demonstrate merit in this medical malpractice action (*see, Mosberg v Elahi,* 80 NY2d 941, 942). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Dismiss Complaint.) Present—Green, J. P., Pine, Lawton, Doerr and Fallon, JJ.

■ CARYL S. et al., Respondents, v CHILD & ADOLESCENT TREATMENT SERVICES, INC., et al., Appellants. [661 NYS2d 168] —Order unanimously affirmed with costs. Memorandum: In May 1994 Supreme Court denied defendants' motion to dismiss the complaint for failure to state a cause of action (*Caryl S. v Child & Adolescent Treatment Servs.,* 161 Misc 2d 563). Two years later, defendants moved for renewal on the ground that one of the cases cited in the court's decision, *W.C.W. v Bird* (840 SW2d 50 [Ct App Tex]), had been reversed on appeal (*Bird v W.C.W.,* 868 SW2d 767 [Sup Ct Tex]). The court properly exercised its discretion in denying the motion. Although a motion to renew may be "based upon law not previously considered" (*Johnston v National R. R. Passenger Corp.,* 161 AD2d 288, 289; *see, Olean Urban Renewal Agency v Herman,* 101 AD2d 712), the *Bird* case was neither controlling nor essential to the court's denial of the motion to dismiss (*cf., Olean Urban Renewal Agency v Herman, supra*). (Appeal from Order of Supreme Court, Erie County, Howe, J.—Renewal.) Present—Green, J. P., Pine, Lawton, Doerr and Fallon, JJ.

■ CITY OF LOCKPORT, Respondent, v ELMER A. GRANCHELLI, Appellant. (Appeal No. 1.) [661 NYS2d 559] —Appeal unanimously dismissed without costs (*see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Summary Judgment.) Present—Green, J. P., Pine, Lawton, Doerr and Fallon, JJ.

■ CITY OF LOCKPORT, Respondent, v ELMER A. GRANCHELLI, Appellant. (Appeal No. 2.) [661 NYS2d 559] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Reargument.) Present—Green, J. P., Pine, Lawton, Doerr and Fallon, JJ.